| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) COFFIN, FRANK M | 2. Court or Organization FIRST CIRCUIT | 3. Date of Report 3/25/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. SENIOR CIRCUIT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 156 FEDERAL STREET PORTLAND, ME 04101 | 8. ● On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE EMERITUS | BATES COLLEGE |
| 2. | DIRECTOR | THE GOVERNANCE INSTITUTE |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

✓ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2004 MAR 30 P 1:39 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/2003 | W. W. NORTON & COMPANY, INC. royalties | $538.61 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Governance Institute | February 14-17 -- Washington, DC; Meeting of the Governance Institute (Transporation, Meals, and Room) |
| 2. | American Bar Association | March 18-20 -- Washington, DC, Meeting of the Commission on Loan Repayment and Forgiveness (Transportation, Meals, and Room) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

✔ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

✔ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFIN, FRANK M | 3/25/2004 |

## VII: INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Allmerica Financial Corp. | | None | K | T | | | | | |
| 2. Amer. Intl. Group Inc. | A | Dividend | K | T | | | | | |
| 3. FleetBoston Financial Corp. | A | Dividend | K | T | | | | | |
| 4. H. J. Heinz | A | Dividend | J | T | | | | | |
| 5. MERCK | A | Dividend | J | T | Partial Sale | 2/13 | J | D | |
| 6. ME Health & Higher Ed 6.2% (15,000 due 7/1/03) | A | Interest | | | Redeem | 7/01 | J | A | |
| 7. RMA MONEY MRT PORTFOLIO | A | Interest | J | T | | | | | |
| 8. Maine State 4.875% (10,000 due 6/15/04) | A | Interest | J | T | | | | | |
| 9. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 10. Maine St. Hsg. 4.350% (20,000 due 11/15/04) | A | Interest | K | T | | | | | |
| 11. Maine Hlth & Hgr Ed 4.1% (10,000 due 7/1/06) | A | Interest | J | T | | | | | |
| 12. Maine St. Highway 4.375% (10,000 due 6/15/08) | A | Interest | J | T | | | | | |
| 13. ME Mun. Bd. 4.350% (10,000 due 11/1/07) | A | Interest | J | T | | | | | |
| 14. Maine Hlth & Ed. 4.550% (10,000 due 7/1/07) | A | Interest | J | T | | | | | |
| 15. Intel Corp | A | Dividend | J | T | Buy Add. | 2/13 | J | | |
| 16. International Business Mach | A | Dividend | J | T | | | | | |
| 17. Templeton Foreign Fund | A | Dividend | K | T | | | | | |
| 18. ME Hlth & Hgh Ed 4.75% (10,000 due 7/1/05) | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COFFIN, FRANK M | 3/25/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Janus Worldwide Fund (IRAs) | A | Distribution | J | T | | | | | |
| 20. General Electric | A | Dividend | J | T | | | | | |
| 21. Advent Software, Inc. | | None | | T | sold | 2/13 | | | |
| 22. Cisco Systems, Inc | | None | J | T | | | | | |
| 23. CVS Corp. | A | Dividend | J | T | | | | | |
| 24. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 25. McGraw Hill Inc. | A | Dividend | J | T | | | | | |
| 26. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 27. Oshkosh Truck B | A | Dividend | K | T | | | | | |
| 28. Tiffany & Co. | A | Dividend | J | T | | | | | |
| 29. Affiliated Computer Serve CLA | | None | J | T | | | | | |
| 30. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 31. Cintas Corp | A | Dividend | J | T | Buy Add. | 2/13 | J | | |
| 32. Home Depot Inc | A | Dividend | J | T | | | | | |
| 33. Totalfina Elf SA ADR | A | Dividend | J | T | | | | | |
| 34. Wells Fargo & Co | A | Dividend | J | T | | | | | |
| 35. Del Monte Foods Co | | None | | | Sold | 2/13 | J | A | |
| 36. Cardinal Health Inc. | A | Dividend | J | T | Buy | 2/13 | J | | |

1 Income/Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
  (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2 Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
  (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
          P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3 Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
  (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COFFIN, FRANK M | 3/25/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date; Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. ME HLTH & HIGH ED 2.5%/due 7/1/08 | A | Dividend | K | T | Buy | 9/18 | K | | |
| 38. Omnicom Group, Inc. | A | Dividend | J | T | Buy | 2/13 | J | | |
| 39. UBS Bank Deposit Program | A | Interest | J | T | Buy | 10/24 | J | | |
| 40. Medco Health Solutions, Inc. (spinoff of Merck) | | None | J | T | Spinoff | 8/20 | J | | |
| 41. | | | | | Partial Sale | 8/20 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Column C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date ___March 24, 2004___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544